**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 351 WAL 2018

Respondent                 :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

v.                          :

                                  :

RAYMOND GRAVELY,         :

                                  :

Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.